UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LISA MATTHEWS-BOWMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:09CV750NLJ(MLM) |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion for attorney's fees (#18), filed November 25, 2009. Defendant filed a response stating that there was no objection to payment of the award under the Equal Access to Justice Act directly to plaintiff's counsel.

This Court ordered that the report and recommendation of U.S. Magistrate Judge Mary Ann L. Medler, filed September 29, 2009, be sustained, adopted and incorporated in the order of November 6, 2009. Plaintiff now comes pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d) and requests that this Court award her attorney's fees in the amount of $3,123.90. This Court finds that there are no circumstances in this case that would make an award under the EAJA unwarranted.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for attorney's fees is **GRANTED**.

**IT IS FURTHER ORDERED** that defendant Commissioner of Social Security pay attorney's fees and costs in the amount of $3,123.90, and that the award be made payable to Brigid A. McNamara, attorney for plaintiff, 230 S. Bemiston Ave., Suite 810, St. Louis, MO 63105.

Dated this   2nd    day of March, 2010.

                                                                                     
UNITED STATES DISTRICT JUDGE